UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| AUTOMOTIVE FINANCE CORPORATION, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | 1:10-cv-1419-SEB-DML |
| GREG WILDE ENTERPRISES, INC. et al., | ) | |
| Defendants. | ) | |

### Entry Denying Renewed Motion to Change Venue

Before the court is defendant Steve Hall's second motion for a change of venue. Specifically, he requests that this action be transferred to the Western District of North Carolina pursuant to 28 U.S.C. § 1404. Hall asserts that the requested change of venue is appropriate because of the economic hardship placed upon himself and two witnesses, who all "live within 75 mile radius of the Western District of N.C."

Hall's earlier motion for change of venue was denied on April 21, 2011. The plaintiff's motion for summary judgment is fully briefed. Resolution of the pending summary judgment motion will require analysis under Indiana State law because the *Guaranty* which is the subject of this suit provides that it "shall be governed by the substantive laws of the State of Indiana, as amended from time to time, without resort to principles of conflicts of laws." Dkt. 1-2, page 15. Not only is this court familiar with Indiana State law, any inconvenience to the parties or witnesses is minimal in relation to the task presently before the court in resolving the motion for summary judgment.

Under these circumstances, Hall's renewed motion to change venue [dkt 21] is **denied at this time.**

If the court's ruling on the motion for summary judgment does not fully resolve all issues as to defendant Hall's liability, his efforts to have the action transferred to the Western District of North Carolina may be reconsidered.

**IT IS SO ORDERED.**

Date: 05/09/2011

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Christopher M. Trapp
Rubin & Levin, PC
ctrapp@rubin-levin.net

Steve Hall
53 Slave Drive
Hayesville, NC 28904