UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| AUTOMOTIVE FINANCE CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| vs. | ) 1:10-cv-1419-SEB-DML |
| | ) |
| GREG WILDE ENTERPRISES, INC. et al., | ) |
| | ) |
| Defendants. | ) |

## Entry Directing Further Proceedings

This is a suit on a promissory note and a guarantee brought by Automotive Finance Corporation (AFC) against Greg Wilde Enterprises, Inc., d/b/a Quality Motors & Rent A Wreck of Hayesville (GWE), Greg Wilde, and Steve Hall. The court has already granted summary judgment against defendant Steve Hall. AFC has requested that the court enter final judgment against all defendants.

## Background

AFC filed this action in Marion Superior Court and defendant Hall removed to this court. While the case was pending in Marion Superior Court, AFC obtained a default judgment against GWE on June 29, 2009. On June 30, 2011, this court granted AFC's motion for summary judgment against Steve Hall. Accordingly, the only remaining defendant is Greg Wilde aka Richard Greg Wilde aka Richard G. Wilde ("Wilde"). AFC's only cause of action against Wilde is the same cause of action against Hall, which is for breach of a commercial guaranty of a certain promissory note by Greg Wilde Enterprises, Inc.

AFC requests the issuance of summary judgment against Wilde for the same reasons the court granted summary judgment as to the claim against Hall. AFC asserts that all material facts were admitted before this action was removed. AFC argues that Wilde concedes AFC's version of the facts pursuant to Ind. R. Trial P. 36 because of his Wilde's failure to respond to Requests for Admissions because of his

failure to respond to the pending motion for summary judgment. This may be true, but as the court noted in its Entry granting summary judgment against Hall, Wilde has not appeared in this action, nor is there evidence of service of process. "[U]nless both subject-matter and personal jurisdiction have been established, a district court must dismiss the suit without addressing the substance of the plaintiff's claim." *Kromrey v. U.S. Dept. of Justice*, 423 Fed. Appx. 624, 626, 2011 WL 2419879, 1 (7th Cir. 2011).

## Further Proceedings

AFC shall have **through April 17, 2012**, in which to identify the basis upon which this court has authority to proceed further with respect to granting its motion for summary judgment against defendant Wilde.

**IT IS SO ORDERED.**

Date: 04/11/2012

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

**Distribution:**

Rubin & Levin, PC
ctrapp@rubin-levin.net

Steve Hall
53 Slave Drive
Hayesville, NC 28904

Greg Wilde, a/k/a Richard Greg Wilde, a/k/a Richard G. Wilde
PO Box 652
Hayesville, NC 28904